**Order filed October 17, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00682-CV
_____

**DAMON KENDRICK DOVE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-232297**

## O R D E R

Appellant's brief was due October 2, 2017**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 1, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM